IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHRISTINE GOLDEN** | § | |
| **Plaintiffs** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:13-cv-00064** |
| | § | **JURY** |
| **YELLOWBOOK, INC.** | § | |
| **Defendant** | § | |

## NOTICE OF NONSUIT WITHOUT PREJUDICE

   This Notice of Nonsuit is brought by CHRISTINE GOLDEN, Plaintiff, represented by Eric B. Dick. In support, Applicants show:

   Plaintiff no longer desires to prosecute all causes of action against Defendant:

   There are no counterclaims on file.

                                             Respectfully,

                                             *[signature]*

                                             Eric B. Dick, LL.M.
                                             SBN: 24064316
                                             FIN: 1082959
                                             4325 Tulsa Road
                                             Houston, Texas 77092
                                             832-207-2007 Office
                                             713-893-6931 Facsimile
                                             713-498-7969 Cellular
                                             eric@dicklawfirm.com

## **CERTIFICATE OF SERVICE**

      I certify that on September 27, 2013, a true and correct copy of the above was served to parties of record in a method appropriate under Texas Rules of Civil Procedure.

_____
Eric Dick
Texas Bar #24064316