# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTINE GOLDEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-0064 |
| | § | |
| YELLOWBOOK, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff has filed a notice of nonsuit without prejudice. (Docket Entry No. 15). Under Rule 41(a) of the Federal Rules of Civil Procedure, such a notice serves as a basis for dismissing without prejudice and without a court order only if no answer or motion for summary judgment has been filed. In this case, the defendant moved for summary judgment. No later than **October 11, 2013**, the plaintiff must show cause why either: (1) the dismissal should not be granted with prejudice; or (2) the stipulation should not be withdrawn and the motion for summary judgment ruled on after the time for response has expired.

SIGNED on September 30, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge