IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTINE GOLDEN, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-13-0064 |
| YELLOWBOOK, INC., | § § § | |
| Defendant. | § | |

### ORDER DENYING NONSUIT

The Notice of Nonsuit of Christine Golden, plaintiff, has been superseded by the plaintiff's response to the summary judgment motion. The plaintiff's motion to dismiss without prejudice, (Docket Entry No. 15), is denied.

SIGNED on October 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge