IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTINE GOLDEN, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-13-0064 |
| YELLOWBOOK, INC., | § |
| Defendant. | § |

## FINAL JUDGMENT

The defendant, Yellowbook, Inc., filed a motion for summary judgment. Based on the motion, the summary-judgment evidence, the pleadings on file, and the relevant authorities, the court issued a Memorandum and Opinion concluding that Yellowbook is entitled to summary judgment. This action filed by Christine Golden is dismissed, with prejudice. This is a final judgment.

SIGNED on January 27, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge